### Maurice Spitzer, Defendant in Error, v. Evelyn Meyer, Plaintiff in Error.

### Gen. No. 21,237.　(Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Reversed and remanded. Opinion filed April 12, 1916.

## Statement of the Case.

Action by Maurice Spitzer, plaintiff, against Evelyn Meyer, defendant, in the Municipal Court of Chicago, to recover for architect's services. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

Moses, Rosenthal & Kennedy, for plaintiff in error; Julius Moses and Sigmund W. David, of counsel.

Rieger & Rieger, for defendant in error; Franklin S. Catlin and Louis Rieger, of counsel.

Mr. Justice Goodwin delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. WITNESSES, § 33*—*when husband competent witness for wife.* The husband of a married woman is a competent witness in her behalf under section 5 of the Evidence Act (J. & A. ¶ 5522), in a suit against the wife to recover for architect's services.

2. TRIAL, § 68*—*when denial to counsel of right to make full offer of what will be proved by witness reversible error.* It is reversible error to deny to counsel the right to make fully his offer of what he intends to prove by a witness whose testimony the court has intimated an intention to exclude, although the other side objects that the offer was merely to prove what another witness had already testified to.